### 31880. Taylor *v.* The State.

Townsend, J. 1. Whether an extraordinary motion for new trial should be granted or refused rests largely in the discretion of the trial court, and a judgment refusing the same will not be reversed in the absence of abuse of discretion. See *Rogers* v. *State*, 129 *Ga.* 589 (4) (59 S. E. 288); *Brown* v. *State*, 141 *Ga.* 783 (1) (82 S. E. 238); *Towler* v. *State*, 24 *Ga. App.* 362 (100 S. E. 787).

■ Motions for new trial on extraordinary grounds are not favored. See *Hays* v. *Westbrook*, 96 *Ga.* 219 (22 S. E. 893); *Reese* v. *State*, 18 *Ga. App.* 289 (89 S. E. 303); *Minyard* v. *State*, 18 *Ga. App.* 312 (89 S. E.

379); *Davis* v. *State,* 41 *Ga. App.* 366 (1) (153 S. E. 203); *Colwell* v. *State,* 46 *Ga. App.* 55 (166 S. E. 445).

3. A more strict rule is applied to extraordinary motions on newly discovered evidence than to ordinary motions on the same ground. See *Norman* v. *Goode,* 121 *Ga.* 449 (49 S. E. 268); *Teasley* v. *Pittman,* 40 *Ga. App.* 22 (148 S. E. 600).

4. Refusal of an extraordinary motion for a new trial based on newly discovered evidence is not error where the same is merely cumulative of evidence on the same issues produced on the trial, as in the instant case. See *Puryear* v. *State,* 66 *Ga.* 753; *Moss* v. *State,* 44 *Ga. App.* 244 (161 S. E. 293); *Jackson* v. *State,* 50 *Ga. App.* 243 (177 S. E. 819).

*Judgment affirmed. MacIntyre, P. J., and Parker, J., concur. Gardner, J., disqualified.*

DECIDED JULY 16, 1948. REHEARING DENIED JULY 26, 1948.

534

*Andrew A. Smith, R. Wayne Amos,* for plaintiff in error.
*Roy Leathers, Solicitor-General,* contra.